```
 1  SAMUEL A. KEESAL, JR. CASB NO. 38014
    LISA M. BERTAIN CASB NO. 124646
 2  JULIE L. TAYLOR CASB NO. 154341
    KEESAL, YOUNG & LOGAN
 3  A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone:  (415) 398-6000
 6  Facsimile:  (415) 981-0136

 7  Attorneys for Defendants
    CITIGROUP, INC.; CITIBANK, F.S.B., dba CITIBANK CALIFORNIA;
 8  CITIBANK (WEST) F.S.B.; and CITICORP INVESTMENT SERVICES

 9
    RICHARD C. RYBICKI  CASB NO. 160096
10  BRANDON R. BLEVANS CASB NO. 197281
    RYBICKI & BLEVANS, LLP
11  50 Old Courthouse Square, Suite 311
    Santa Rosa, CA 95404
12  Telephone: 707.524.7000
13  Facsimile: 707.546.6800

14  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BUGRA BAKAN, an individual, and CANG NGUYEN, an individual, each on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>CITIGROUP, INC., a Delaware corporation; CITIBANK, F.S.B., a Savings Association, dba CITIBANK CALIFORNIA; CITIBANK (WEST) F.S.B., a Savings Association; CITICORP INVESTMENT SERVICES, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No.  C 03 4748 MMC<br><br>SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER<br><br>Civ. L.R. 16-10(d) |
|---|---|

# SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

The parties to the above-entitled action jointly submit this Supplemental Case Management Statement and [Proposed] Order, pursuant to Civil Local Rule 16-10(d), and request the Court to adopt it as its Supplemental Case Management Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. **The following progress or changes have occurred since the last case management statement filed by the parties:**

The parties participated in a mediation session (with the Hon. Daniel Weinstein) on June 8, 2005. On June 16, 2005, the parties reached an agreement to settle the matter and the parties are in the process of preparing initial settlement materials and, ultimately, stipulated materials for Court approval. As these materials may not be finalized before the next scheduled Case Management Conference on June 24, 2005, the parties request that the Case Management Conference be continued.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

The parties ask the Court to set a further Case Management Conference for July 29, 2005 to allow for sufficient time to complete the formal settlement materials.

DATED: June 17, 2005

/s/
RICHARD C. RYBICKI
RYBICKI & BLEVANS, LLP
Attorneys for Plaintiffs
BUGRA BAKAN and CANG NGUYEN

DATED: June 17, 2005

/s/
SAMUEL A. KEESAL, JR.
LISA M. BERTAIN
JULIE L. TAYLOR
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
CITIGROUP, INC.; CITIBANK, F.S.B., dba CITIBANK CALIFORNIA; CITIBANK (WEST) F.S.B.; and CITICORP INVESTMENT SERVICES

## CASE MANAGEMENT ORDER

The case management conference set for June 24, 2005 in this matter shall be continued to July 29, 2005 at 10:30 in Courtroom 7 of this Court. A joint case management statement shall be filed no later than July 22, 2005.

DATED: June 20, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge