1  SAMUEL A. KEESAL, JR. CASB NO. 38014
   LISA M. BERTAIN CASB NO. 124646
2  JULIE L. TAYLOR CASB NO. 154341
   KEESAL, YOUNG & LOGAN
3  A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
6

7  Attorneys for Defendants
   CITIGROUP, INC.; CITIBANK, F.S.B., dba CITIBANK CALIFORNIA;
8  CITIBANK (WEST) F.S.B.; and CITICORP INVESTMENT SERVICES

9
   RICHARD C. RYBICKI  CASB NO. 160096
10 BRANDON R. BLEVANS CASB NO. 197281
   RYBICKI & BLEVANS, LLP
11 50 Old Courthouse Square, Suite 311
   Santa Rosa, CA 95404
12 Telephone:  707.524.7000
   Facsimile:  707.546.6800
13

14 Attorneys for Plaintiffs

15
                   UNITED STATES DISTRICT COURT
16
                 NORTHERN DISTRICT OF CALIFORNIA
17

18

19 BUGRA BAKAN, an individual, and          )  Case No.  C 03 4748 MMC
   CANG NGUYEN, an individual, each on      )
   his own behalf and on behalf of all others )  **SUPPLEMENTAL JOINT CASE**
20 similarly situated,                       )  **MANAGEMENT STATEMENT AND**
                                             )  **[PROPOSED] ORDER**
21                          Plaintiffs,      )
                                             )  **Civ. L.R. 16-10(d)**
22             vs.                           )
                                             )
23 CITIGROUP, INC., a Delaware               )
   corporation; CITIBANK, F.S.B., a Savings  )
24 Association, dba CITIBANK                  )
   CALIFORNIA; CITIBANK (WEST) F.S.B., )
25 a Savings Association; CITICORP           )
   INVESTMENT SERVICES, a Delaware          )
26 corporation; and DOES 1 through 50,       )
   inclusive,                                )
27                                           )
                          Defendants.        )
28 _____       )

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
AND [PROPOSED] ORDER                                    Case No. C 03 4748 MMC

1
2

## SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

3

4          The parties to the above-entitled action jointly submit this Supplemental

5   Case Management Statement and [Proposed] Order, pursuant to Civil Local Rule 16-

6   10(d), and request the Court to adopt it as its Supplemental Case Management Order in

7   this case.

8

9          **DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

10

11

12   **1.      The following progress or changes have occurred since the last case**

13   **management statement filed by the parties:**

14          The parties participated in a mediation session (with the Hon. Daniel

15   Weinstein) on June 8, 2005.  On June 16, 2005, the parties reached an agreement to

16   settle the matter.  Proposed settlement materials were circulated by the defendants on

17   July 18 and provided to mediators (Judge Weinstein and Catherine Yanni) on July 20.

18   The plaintiffs and the mediators are reviewing the proposed materials and expect to

19   trade comments over the coming week.

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
AND [PROPOSED] ORDER                                                   Case No. C 03 4748 MMC

1  **2.    The parties jointly request the Court to make the following**

2  **Supplemental Case Management Order:**

3

4      The parties can appear at the scheduled Case Management Conference or,

5  if the Court wishes, continue preparing materials and appear at a continued Case

6  Management Conference.

7

8  DATED:  July 21, 2005

9                                                      /s/
                                                  _____
                                                  RICHARD C. RYBICKI

10                                                 RYBICKI & BLEVANS, LLP
                                                  Attorneys for Plaintiffs

11                                                 BUGRA BAKAN and CANG NGUYEN

12

13
   DATED:  July 21, 2005                           /s/
                                                  _____
14                                                 SAMUEL A. KEESAL, JR.
                                                  LISA M. BERTAIN

15                                                 JULIE L. TAYLOR
                                                  KEESAL, YOUNG & LOGAN

16                                                 Attorneys for Defendants
                                                  CITIGROUP, INC.; CITIBANK, F.S.B., dba

17                                                 CITIBANK CALIFORNIA; CITIBANK
                                                  (WEST) F.S.B.; and CITICORP

18                                                 INVESTMENT SERVICES

19                          **CASE MANAGEMENT ORDER**

20

21      The parties [~~shall /~~ shall not] appear at the Case Management Conference

22  scheduled for July 29, 2005 at 10:30 a.m.  A further case management conference is set

23  for ___September___ 16, 2005 at _10:30_ in Courtroom 7 of this Court.  A joint case

24  management statement shall be filed no later than September 9, 2005.

25

26                                                 /s/ Maxine M. Chesney
                                                  _____
   DATED: _July 22, 2005_____, 2005                MAXINE M. CHESNEY

27                                                 United States District Judge

28

SF428022
SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
AND [PROPOSED] ORDER                                             Case No. C 03 4748 MMC