```
 1  SAMUEL A. KEESAL, JR. CASB NO. 38014
    LISA M. BERTAIN CASB NO. 124646
 2  JULIE L. TAYLOR CASB NO. 154341
    KEESAL, YOUNG & LOGAN
 3  A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
 7  Attorneys for Defendants
    CITIGROUP, INC.; CITIBANK, F.S.B., dba CITIBANK CALIFORNIA;
 8  CITIBANK (WEST) F.S.B.; and CITICORP INVESTMENT SERVICES
 9
    RICHARD C. RYBICKI  CASB NO. 160096
10  BRANDON R. BLEVANS CASB NO. 197281
    RYBICKI & BLEVANS, LLP
11  50 Old Courthouse Square, Suite 311
    Santa Rosa, CA 95404
12  Telephone: 707.524.7000
    Facsimile:  707.546.6800
13
14  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUGRA BAKAN, an individual, and CANG NGUYEN, an individual, each on his own behalf and on behalf of all others similarly situated, | Case No.  C 03 4748 MMC |
| Plaintiffs, | SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER |
| vs. | Civ. L.R. 16-10(d) |
| CITIGROUP, INC., a Delaware corporation; CITIBANK, F.S.B., a Savings Association, dba CITIBANK CALIFORNIA; CITIBANK (WEST) F.S.B., a Savings Association; CITICORP INVESTMENT SERVICES, a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

- 1 -

## SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

The parties to the above-entitled action jointly submit this Supplemental Case Management Statement and [Proposed] Order, pursuant to Civil Local Rule 16-10(d), and request the Court to adopt it as its Supplemental Case Management Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1.  The following progress or changes have occurred since the last case management statement filed by the parties:

The parties have worked with JAMS mediators Hon. Daniel Weinstein and mediator Catherine Yanni to prepare, exchange, review and revise draft settlement materials including a formal settlement agreement, a draft proposed class notice, and a draft request for exclusion. The mediators have assisted in exchanging and reviewing the documents. The parties have met to discuss each side's proposed revisions, believe they are close to executing a final version, and intend to work through any remaining language issues with mediator Catherine Yanni within the next two weeks. The parties then expect to prepare and present motions (1) for preliminary settlement class approval and certification, and (2) to designate Hon. Daniel Weinstein and mediator Catherine Yanni as special masters to coordinate and implement settlement pending final approval by the Court.

2.  The parties jointly request the Court to make the following Supplemental Case Management Order:

The parties request that the Court set a further Case Management Conference permitting final agreement on and submission of settlement materials or, alternatively, hold the currently scheduled conference to permit an oral status report from counsel.

DATED: September 9, 2005

/s/ Richard C. Rybicki
RICHARD C. RYBICKI
RYBICKI & BLEVANS, LLP
Attorneys for Plaintiffs
BUGRA BAKAN and CANG NGUYEN

DATED: September 9, 2005

/s/ Julie L. Taylor
SAMUEL A. KEESAL, JR.
LISA M. BERTAIN
JULIE L. TAYLOR
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
CITIGROUP, INC.; CITIBANK, F.S.B., dba CITIBANK CALIFORNIA; CITIBANK (WEST) F.S.B.; and CITICORP INVESTMENT SERVICES

**CASE MANAGEMENT ORDER**

[If continued]: The case management conference set for September 16, 2005 in this matter shall be continued to December 9, 2005 at 10:30 in Courtroom 7 of this Court. A joint case management statement shall be filed no later than December 2, 2005.

DATED: September 9, 2005

MAXINE M. CHESNEY
United States District Judge