| | |
|---|---|
| 1 | SAMUEL A. KEESAL, JR. CASB NO. 38014 |
| | LISA M. BERTAIN CASB NO. 124646 |
| 2 | JULIE L. TAYLOR CASB NO. 154341 |
| 3 | KEESAL, YOUNG & LOGAN |
| | A Professional Corporation |
| 4 | Four Embarcadero Center, Suite 1500 |
| | San Francisco, California 94111 |
| 5 | Telephone:   (415) 398-6000 |
| 6 | Facsimile:   (415) 981-0136 |

Attorneys for Defendants
CITIGROUP, INC.; CITIBANK, F.S.B., dba CITIBANK CALIFORNIA; CITIBANK (WEST) F.S.B.; and CITICORP INVESTMENT SERVICES

RICHARD C. RYBICKI  CASB NO. 160096
BRANDON R. BLEVANS CASB NO. 197281
RYBICKI & BLEVANS, LLP
50 Old Courthouse Square, Suite 311
Santa Rosa, CA 95404
Telephone: 707.524.7000
Facsimile:  707.546.6800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUGRA BAKAN, an individual, and CANG NGUYEN, an individual, each on his own behalf and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITIGROUP, INC., a Delaware corporation; CITIBANK, F.S.B., a Savings Association, dba CITIBANK CALIFORNIA; CITIBANK (WEST) F.S.B., a Savings Association; CITICORP INVESTMENT SERVICES, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.  C 03 4748 MMC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>**Civ. L.R. 16-10(d)** |

## SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

The parties to the above-entitled action jointly submit this Supplemental Case Management Statement and [Proposed] Order, pursuant to Civil Local Rule 16-10(d), and request the Court to adopt it as its Supplemental Case Management Order in this case. Concurrence in the filing of this document has been obtained from each signatory as required by General Order 45, Section X(B).

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. **The following progress or changes have occurred since the last case management statement filed by the parties:**

The parties have continued to work jointly with JAMS mediators Hon. Daniel Weinstein and mediator Catherine Yanni to finalize both settlement materials and claims administration materials. Counsel for Plaintiffs represent that it has been working with mediator Catherine Yanni, the Plaintiffs' economic/labor statistic consultants, and third-party administrator Rosenthal & Company LLC (who was proposed by Mediator Catherine Yanni) to identify appropriate claims administration and claims payment factors. The parties currently expect to prepare and file by December 31, 2005 (1) a stipulation for settlement class approval and certification, (2) a motion for approval of the stipulation and fairness hearing procedures, and (3) a motion requesting formal approval of Hon. Daniel Weinstein and mediator Catherine Yanni as special masters.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

The parties request that, in order to allow the parties to finalize their stipulation and related motions, the Court set a further Case Management Conference in late January or early February, 2006.

DATED: December 2, 2005

/s/
RICHARD C. RYBICKI
BRANDON R. BLEVANS
PATRICK B. SUTTON
RYBICKI & BLEVANS, LLP
Attorneys for Plaintiffs
BUGRA BAKAN and CANG NGUYEN

DATED: December 2, 2005

/s/
SAMUEL A. KEESAL, JR.
LISA M. BERTAIN
JULIE L. TAYLOR
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
CITIGROUP, INC.; CITIBANK, F.S.B., dba
CITIBANK CALIFORNIA; CITIBANK
(WEST) F.S.B.; and CITICORP
INVESTMENT SERVICES

## [PROPOSED] CASE MANAGEMENT ORDER

The case management conference set for December 9, 2005 in this matter shall be continued to February 17, 2006 at 10:30 in Courtroom 7 of this Court. A joint case management statement shall be filed no later than February 10, 2006.

DATED: December 5, 2005

MAXINE M. CHESNEY
United States District Judge