IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUGRA BAKAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITIGROUP, INC., et al.,<br><br>    Defendants<br>                                    / | No. C-03-4748 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' Supplemental Joint Case Management Statement, filed February 10, 2006.

    In light of the parties' representation therein that they expect to file within the next two weeks a stipulation for settlement class approval and certification, and a motion for approval of such settlement and for other relief, the Court hereby CONTINUES the case management conference to April 28, 2006, at 10:30 a.m.  A Supplemental Joint Case Management Statement shall be filed no later than April 21, 2006.

    **IT IS SO ORDERED.**

Dated: February 14, 2006

                                                  MAXINE M. CHESNEY<br>                                                  United States District Judge