SAMUEL A. KEESAL, JR. CASB NO. 38014
LISA M. BERTAIN CASB NO. 124646
JULIE L. TAYLOR CASB NO. 154341
BENJAMIN W. WHITE CASB NO. 221532
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants

RICHARD C. RYBICKI  CASB NO. 160096
BRANDON R. BLEVANS CASB NO. 197281
RYBICKI & BLEVANS, LLP
50 Old Courthouse Square, Suite 311
Santa Rosa, CA 95404
Telephone:  707.524.7000
Facsimile:  707.546.6800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUGRA BAKAN, an individual, and CANG NGUYEN, an individual, each on his own behalf and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CITIGROUP, INC., a Delaware corporation; CITIBANK, F.S.B., a Savings Association, dba CITIBANK CALIFORNIA; CITIBANK (WEST) F.S.B., a Savings Association; CITICORP INVESTMENT SERVICES, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.  C 03 4748 MMC<br><br>**STIPULATION REGARDING SUPPLEMENTAL CLASS MAILING AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties herein, through their respective attorneys of record, as follows:

(1) The parties recently discovered that, due to an inadvertent computer error, approximately 100 Class Members were omitted from the mailing to the Class which occurred on May 22, 2006;

(2) Defendant is in the process of obtaining address and work week information regarding the inadvertently omitted Class Members and anticipates providing it to the claims administrator such that notice can be mailed to these Class Members on June 19, 2006;

(3) The parties believe that an eight-week period of time between the anticipated mailing on June 19, 2006 and the August 14, 2006 deadline for submitting a Claim Form, submitting a Request for Exclusion, or objecting to the settlement is sufficient notice for these Class Members.  The parties further believe that an eight-week period exceeds the time approved by many courts and equals or exceeds "the bulk of notices directing 30- to 60-day intervals between mailing or publishing class notice and the filing of an affirmative response by class members."  A. Conte & H. Newberg, 4 Newberg on Class Actions § 8:35, p. 276 (4th ed. 2002); *accord, e.g., In re Bankamerica Corp. Securities Lit.* (2002) 210 F.R.D. 694, 708 (E.D. Mo. 2002) *and cases cited therein.*  All Class Members, including those receiving the June 19, 2006 notice, will also benefit from the late claim and disputed claim procedures contained in the parties' settlement agreement and the Court's preliminary approval order.  *See, e.g.,* Manual for Complex Litigation, Fourth § 21.661 (4th ed. 2004); *Crazy Eddie Securities Lit.*, 906 F. Supp. 840, 845 (E.D. N.Y. 1995) (*citing* Manual for Complex Litigation, Third § 30.47 ("special master may be charged with reviewing all claims or those that are late, deficient in documentation, or questionable for other reasons.")).

(4) In order to avoid prejudice to the Class, Defendant shall pay for any additional administration costs associated with the mailing on June 19, 2006 (not including the costs that would have been incurred had the inadvertently omitted Class Members been included in the mailing which occurred on May 22, 2006).  This amount shall not be deducted from the Gross Fund Value.  This

1  amount shall be determined by the Claims Administrator and, if disputed by either party, shall be
2  subject to binding determination by the Special Masters.
3        (5) The Final Settlement Approval Hearing will remain scheduled for
4  October 6, 2006 at 9:00 a.m. at set forth in the Notice of Pendency of Class Action and
5  Proposed Settlement.

DATED:  June 13, 2006

      /s/ Richard C. Rybicki
RICHARD C. RYBICKI
RYBICKI & BLEVANS, LLP
Attorneys for Plaintiffs
BUGRA BAKAN and CANG NGUYEN

DATED:  June 13, 2006

      /s/ Benjamin W. White
SAMUEL A. KEESAL, JR.
LISA M. BERTAIN
JULIE L. TAYLOR
BENJAMIN W. WHITE
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
CITIGROUP, INC.; CITIBANK, F.S.B., dba
CITIBANK CALIFORNIA; CITIBANK
(WEST) F.S.B.; and CITICORP
INVESTMENT SERVICES

**IT IS ORDERED** that:

      (1) Notice shall be mailed on June 19, 2006 to the inadvertently omitted Class Members as described above;

      (2) The eight week period of time between the anticipated mailing on June 19, 2006 and the August 14, 2006 deadline for submitting a Claim Form, submitting a Request for Exclusion, or objecting to the settlement, plus the time and procedures set for resolving late and disputed claims, is hereby deemed sufficient notice for these class members;

      (3) Defendant shall pay for any additional administration costs associated with the mailing on June 19, 2006 (not including the costs that would have been incurred had the inadvertently omitted Class Members been included in the mailing which occurred on May 22, 2006). This amount

STIPULATION REGARDING SUPPLEMENTAL CLASS MAILING AND [PROPOSED] ORDER THEREON

1  shall not be deducted from the Gross Fund Value.  This amount shall be determined by the Claims
2  Administrator and, if disputed by either party, shall be subject to binding determination by the Special
3  Masters; and
4        (4)  The Final Settlement Approval Hearing will occur on October 6, 2006 at
5  9:00 a.m. at set forth in the Notice of Pendency of Class Action and Proposed Settlement.

8  DATED: June 16, 2006

                                                   */s/ Maxine M. Chesney*
                                                   Honorable Maxine M. Chesney
                                                   United States District Judge