IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUGRA BAKAN, et al.,<br><br>   Plaintiffs<br><br>   v.<br><br>CITIGROUP, INC., et al.,<br><br>   Defendants | No. C 03-4748 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On September 8, 2006, plaintiffs electronically filed a Motion for Approval of Request for Attorneys Fees, Costs and Class Representative Enhancements, and a supporting declaration. Plaintiffs have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.[1]

---

[1] Although the motion was directed to the Special Master for consideration and the Special Master subsequently issued an order granting plaintiffs' motion, the parties have requested this Court approve the Special Master's order, (see Proposed Order, submitted September 15, 2006, ¶ 13), which request necessitates consideration of the motion.

Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Plaintiffs are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 28, 2006

MAXINE M. CHESNEY
United States District Judge