IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUGRA BAKAN, et al., | No. C-03-4748 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUPPLEMENT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| CITIGROUP, INC., et al., | |
| Defendants / | |

    The Court has reviewed plaintiffs' Motion for Final Approval of Class Action Settlement and supporting documents, filed August 31, 2006.

    In support of said motion, plaintiffs offer the declaration of John Keane, General Manager of Rosenthal & Company LLC, the claims administrator.  Keane states he sent a letter on August 31, 2006, to 306 class members from whom he had received no response, informing them that if they had submitted a claim form or a request for exclusion and such document had been returned to them in error, they could resubmit it no later than September 15, 2006.  Plaintiffs have not provided, however, any supplemental information with respect to the responses received, if any, to such letter.

    On September 15, 2006, plaintiffs submitted a proposed Judgment and Order, which, in paragraph 6, refers to an "Attachment A."  To date, however, no such attachment has been filed or otherwise submitted to the Court.

Accordingly, plaintiffs shall either submit at the October 6, 2006 hearing or, if practicable, electronically file before the hearing, (1) a supplemental declaration setting forth the nature of the responses received by the claims administrator to the August 31, 2006 mailing and (2) a corrected proposed Judgment and Order that includes the referenced Attachment A.

**IT IS SO ORDERED.**

Dated: October 3, 2006

MAXINE M. CHESNEY
United States District Judge